IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ENVIRONMENTAL INTEGRITY PROJECT**, *et al.* | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Case No: 1:22-cv-2243 |
| **MICHAEL REGAN, in his official capacity as Administrator, United States Environmental Protection Agency,** | * * * * | |
| Defendant. | * * | |

## DEFENDANT'S NOTICE OF FEDERAL REGISTER PUBLICATION

Defendant Michael Regan, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA"), hereby notifies the Court and the parties that a public notice seeking comment regarding a proposed consent decree for the above-captioned action has been published in the Federal Register. *See* "Proposed Consent Decree, Clean Air Act Citizen Suit," 84 Fed. Reg. 8425 (February 9, 2023). EPA's public notice can be accessed at: https://www.federalregister.gov/documents/2023/02/09/2023-02776/proposed-consent-decree-clean-air-act-citizen-suit

[Signature block in full on following page]

| | |
|---|---|
| Dated: February 9, 2023 | Respectfully submitted,<br><br>TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>ENVIRONMENT AND NATURAL<br>      RESOURCES DIVISION<br><br>*/s/ Bryan J. Harrison*<br>BRYAN J. HARRISON<br>Florida Bar No. 106379<br>Trial Attorney<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20002<br>Telephone: (202) 307-0930<br>E-mail: bryan.harrison@usdoj.gov<br><br>*Counsel for Defendant* |