**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ENVIRONMENTAL INTEGRITY** | * | |
| **PROJECT,** *et al.* | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | **Case No: 1:22-cv-2243** |
| | * | |
| **MICHAEL REGAN, in his official capacity** | * | |
| **as Administrator, United States** | * | |
| **Environmental Protection Agency,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68(a), Defendant Michael Regan, in his official capacity as Administrator, United States Environmental Protection Agency ("Defendant"), through his undersigned counsel, hereby notifies the Court that Plaintiffs Environmental Integrity Project, Chesapeake Climate Action Network, and Sierra Club ("Plaintiffs") have been served with and have accepted an offer of judgment against Defendant and in favor of Plaintiffs in the amount of $52,500.00, in full satisfaction of any and all of Plaintiffs' claims for attorneys' fees and other recoverable costs of litigation incurred by Plaintiffs to date in connection with the above-captioned action.  Defendant's offer of judgment and Plaintiffs' acceptance are attached hereto as **Exhibit A** and **Exhibit B**, respectively.  Accordingly, Defendant requests that the Clerk of Court enter judgment pursuant to Fed. R. Civ. P. 68(a).

1

Dated: October 31, 2023

Respectfully submitted,

TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL
     RESOURCES DIVISION

*/s/ Bryan J. Harrison*
BRYAN J. HARRISON (FL Bar # 106379)
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20002
Telephone: (202) 307-0930
E-mail: bryan.harrison@usdoj.gov

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

     I certify that, on October 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Bryan J. Harrison*
BRYAN J. HARRISON

# **<u>EXHIBIT A</u>**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ENVIRONMENTAL INTEGRITY** | * | |
| **PROJECT**, *et al.* | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| v. | * | **Case No: 1:22-cv-2243** |
| | * | |
| **MICHAEL REGAN, in his official capacity** | * | |
| **as Administrator, United States** | * | |
| **Environmental Protection Agency,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

---

## OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Defendant Michael Regan, in his official capacity as Administrator, United States Environmental Protection Agency hereby offers to have judgment taken against him and in favor of Plaintiffs Environmental Integrity Project, Chesapeake Climate Action Network, and Sierra Club ("Plaintiffs") in the amount of $52,500.00, in full satisfaction of any and all of Plaintiffs' claims for attorneys' fees and other recoverable costs of litigation incurred by Plaintiffs to date in connection with the above-captioned action.

[Signature block in full on following page]

Dated: October 26, 2023

Respectfully submitted,

TODD KIM
ASSISTANT ATTORNEY GENERAL
ENVIRONMENT AND NATURAL
    RESOURCES DIVISION

*/s/ Bryan J. Harrison*
BRYAN J. HARRISON (FL Bar # 106379)
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20002
Telephone: (202) 307-0930
E-mail: bryan.harrison@usdoj.gov

*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on October 26, 2023, I cased the foregoing to be served by electronic mail

and first-class mail to the following counsel:

Jennifer Duggan, Deputy Director
Leah Kelly, Senior Attorney
Environmental Integrity Project
1000 Vermont Ave. N.W., Suite 1100
Washington, D.C. 20005
jduggan@environmentalintegrity.org
lkelly@environmentalintegrity.org


*/s/ Bryan J. Harrison*
BRYAN J. HARRISON

# **EXHIBIT B**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ENVIRONMENTAL INTEGRITY** | * |
| **PROJECT,** *et al.* | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | *   **Case #: 1:22-cv-2243** |
| | * |
| **MICHAEL REGAN, in his official capacity** | * |
| **as Administrator, United States** | * |
| **Environmental Protection Agency,** | * |
| | * |
| **Defendant.** | * |
| | * |

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to Fed. R. Civ. P. 68, Plaintiffs Environmental Integrity Project, Chesapeake

Climate Action Network, and Sierra Club, through their undersigned counsel, do hereby give

notice that Plaintiffs accept the offer of judgment of the Defendant dated October 26, 2023,

allowing Plaintiffs to take judgment in this action for $52,500 in full satisfaction of any and all of

Plaintiffs' claims for attorneys' fees and other recoverable costs of litigation incurred by

Plaintiffs to date in connection with the above-captioned action.

Dated: October 31, 2023

ATTORNEY OF RECORD

/s/ Jennifer Duggan
Jennifer Duggan
D.C. Bar No. 978352
Environmental Integrity Project
1000 Vermont Ave. N.W., Suite 1100
Washington, D.C. 20005
Phone: (202) 263-4446
jduggan@environmentalintegrity.org
*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on October 31, 2023, I caused the foregoing Notice of Acceptance of Offer

of Judgment to be served on the following counsel via e-mail as previously consented to in

writing by said counsel:

>   Bryan J. Harrison
>   United States Department of Justice
>   Environment and Natural Resources Division
>   Environmental Defense Section
>   P.O. Box 7611
>   Washington, D.C. 200002
>   <u>Bryan.harrison@usdoj.gov</u>

>                                         */s/ Leah Kelly*
>                                         Leah Kelly
>                                         Senior Attorney
>                                         Environmental Integrity Project
>                                         1000 Vermont Ave., NW, Suite 1100
>                                         Washington, D.C. 20005
>                                         Phone: (202) 263-4448
>                                         E-mail: <u>lkelly@environmentalintegrity.org</u>